UNITED STATE BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE: )
) CASE NO. 19-10726
GREGORY KEITH HANEY and )
MICHEL ANN HANEY, )
)
DEBTORS. )

## O R D E R

**AT FORT WAYNE, INDIANA, ON** ___ December 17, 2019

Martin E. Seifert, Trustee, having filed an Application to defer payment of the $181.00 filing fee for filing a Motion for Authority to Sell Real Estate by Private Sale, Free and Clear of Liens, and to Make Payment of Secured and Administrative Claim and Closing Costs,

**IT IS HEREBY ORDERED** that the Clerk of the United States Bankruptcy Court for the Northern District of Indiana accept for filing the above-entitled Motion for Authority to Sell Real Estate by Private Sale, Free and Clear of Liens, and to Make Payment of Secured and Administrative Claim and Closing Costs without prepayment of requisite filing fee; and

**IT IS FURTHER ORDERED** that the filing fee is deferred until such time as the estate contains sufficient funds with which to pay it.

/s/ Robert E. Grant
**JUDGE, UNITED STATES BANKRUPTCY COURT**